**No. 09-10542. Sedrick Lawson, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4906.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 1.

**No. 09-10543. Cornelius Nelson, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4811.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 363 Fed. Appx. 697.

**No. 09-10545. Allen Zimmerman, Petitioner v. John Cason, Warden.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4835.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 354 Fed. Appx. 228.

**No. 09-10546. Robert Wilson, Jr., Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4929.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 364 Fed. Appx. 312.

**No. 09-10547. Vincent John Tenuto, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4964.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 695.

**No. 09-10548. Douglas Wayne Whitaker, Petitioner v. North Carolina.**

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4774.

June 14, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 201 N.C. App. 190, 689 S.E.2d 395.

**No. 09-10554. Kelly Grant Mercer, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4841.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 362 Fed. Appx. 929.

**No. 09-10557. Arnulfo Betancort-Salazar, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3428, 177 L. Ed. 2d 337, 2010 U.S. LEXIS 4885.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 363 Fed. Appx. 412.